# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ALLIANCE LOGISTICS, INC. | § | Case No. 10-23009 |
| | § | |
| Debtor(s) | § | |

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter        of the United States Bankruptcy Code was filed on           . The case was converted to one under Chapter 7 on              .  The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim disbursement

Administrative expenses

Bank service fees

Other payments to creditors

Non-estate funds paid to 3rd Parties

Exemptions paid to the debtor

Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                   and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $            $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRENDA HELMS, SUCCESSOR TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 10-23009   CAD   Judge: CAROL A. DOYLE | Trustee Name: | BRENDA HELMS, SUCC. TRUSTEE |
|---|---|---|---|
| Case Name: | ALLIANCE LOGISTICS, INC. | Date Filed (f) or Converted (c): | 05/27/10 (c) |
| | | 341(a) Meeting Date: | 07/13/10 |
| For Period Ending: | 01/29/15 | Claims Bar Date: | 10/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 3,000.00 | 1,701.78 | | 1,701.78 | FA |
| Order directing turnover enteresd 1/17/13 | | | | | |
| 2. COLLECTIBLE RECEIVABLES | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 3. JUDGMENT AGAINST NEW PRIME INC | 2,180,000.00 | 2,180,000.00 | OA | 0.00 | FA |
| Order entered 10/5/10 abandoning Estate's interest in lawsuit | | | | | |
| 4. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| 5. SOFTWARE | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6. POSSIBLE PREFERENCES (u) | 23,942.96 | 23,942.96 | | 23,942.96 | FA |
| 7. account receivable (u) | 8,000.00 | 8,000.00 | | 0.00 | FA |
| Landstar Global Logistics disputed account | | | | | |
| INT. Interest Earned (u) | Unknown | N/A | | 0.99 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,244,942.96 | $2,243,644.74 | | $25,645.73 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active

INVESTIGATION OF PREFERENCE AND TRANSFER PAYMENTS

FOLLOWING UP ON CHECKING ACCOUNT BALANCE

Funds turned over from bank account.

After investigation, it appears the creditor, Land Star Logistics, has a set off in the amount of receivables to be

collected. Value to estate is $0.00. After filing of final tax returns, then ready for final report.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 10-23009 | CAD | Judge: CAROL A. DOYLE | |

Trustee Name:          BRENDA HELMS, SUCC. TRUSTEE

Case Name:    ALLIANCE LOGISTICS, INC.

Date Filed (f) or Converted (c):    05/27/10 (c)

341(a) Meeting Date:              07/13/10

Claims Bar Date:                  10/21/10

Final tax returns filed.  Reviewing claims and preparing for final report.

Hearing on Objections to Claims #3, 9, 16 and 31 on 4/30/14.

Successor Trustee appointed 4/16/14.  Preparing TFR

Initial Projected Date of Final Report (TFR): 04/30/12      Current Projected Date of Final Report (TFR): 06/30/15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-23009 -CAD | Trustee Name: | BRENDA HELMS, SUCC. TRUSTEE |
|---|---|---|---|
| Case Name: | ALLIANCE LOGISTICS, INC. | Bank Name: | The Bank of NY Mellon |
| | | Account Number / CD #: | *******9665  Money Market Account |
| Taxpayer ID No: | *******6575 | | |
| For Period Ending: | 01/29/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 18.03b

LFORM24

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-23009 -CAD | |
| Case Name: | ALLIANCE LOGISTICS, INC. | |
| | | |
| Taxpayer ID No: | *******6575 | |
| For Period Ending: | 01/29/15 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA HELMS, SUCC. TRUSTEE | |
| Bank Name: | The Bank of NY Mellon | |
| Account Number / CD #: | *******9666  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 18.03b

LFORM24

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-23009  -CAD |
|---|---|
| Case Name: | ALLIANCE LOGISTICS, INC. |

| Taxpayer ID No: | *******6575 |
|---|---|
| For Period Ending: | 01/29/15 |

| Trustee Name: | BRENDA HELMS, SUCC. TRUSTEE |
|---|---|
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******9667 Money Market Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/11 | 6 | ZMX TRSNSPORTATION SERVICES, INC. 9140 W PLAINFIELD ROAD BROOKFIELD, IL  60513 | PREFERENCE DEMAND | 1241-000 | 23,942.96 | | 23,942.96 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 23,942.97 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 23,917.97 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,918.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.15 | 23,869.01 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 23,869.21 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.41 | 23,821.80 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,821.99 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.21 | 23,769.78 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 23,769.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.84 | 23,721.14 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 23,721.34 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.85 | 23,669.49 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 23,669.49 | 0.00 |
| | | | 9999-000        $-23,669.49 | | | | |

| | | COLUMN TOTALS | | | 23,943.95 | 23,943.95 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | | | 0.00 | 23,669.49 | |
| | | Subtotal | | | 23,943.95 | 274.46 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 23,943.95 | 274.46 | |

Page Subtotals                     23,943.95                     23,943.95

FORM 2  Page:  4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-23009 -CAD | |
| Case Name: | ALLIANCE LOGISTICS, INC. | |
| | | |
| Taxpayer ID No: | *******6575 | |
| For Period Ending: | 01/29/15 | |

| | |
|---|---|
| Trustee Name: | BRENDA HELMS, SUCC. TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******9668  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-23009 -CAD |
| Case Name: | ALLIANCE LOGISTICS, INC. |
| Taxpayer ID No: | *******6575 |
| For Period Ending: | 01/29/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******0901  DDA |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 23,669.49 | | 23,669.49 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Term: 2/1/12 to 2/01/13 | 2300-000 | | 21.04 | 23,648.45 |
| | | | 2300-000          $-21.04 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 28.32 | 23,620.13 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 39.34 | 23,580.79 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 35.59 | 23,545.20 |
| 05/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 37.99 | 23,507.21 |
| 06/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 37.93 | 23,469.28 |
| 07/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 36.65 | 23,432.63 |
| 08/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 41.47 | 23,391.16 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 32.87 | 23,358.29 |
| 10/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 37.69 | 23,320.60 |

| | | | Page Subtotals | | 23,669.49 | 348.89 | |

FORM 2                                                                                      Page:   6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          10-23009  -CAD                                    Trustee Name:          BRENDA HELMS, SUCC. TRUSTEE
Case Name:     ALLIANCE LOGISTICS, INC.                             Bank Name:             Green Bank
                                                                    Account Number / CD #:   *******0901  DDA
Taxpayer ID No:  *******6575
For Period Ending: 01/29/15                                         Blanket Bond (per case limit):  $  5,000,000.00
                                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 11/30/12 | | Green Bank | Bank Service Fee | 2600-000 | | 38.84 | 23,281.76 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 35.14 | 23,246.62 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/25/13 | 1 | THE LEMONT NATIONAL BANK & TRUST CO | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 1,701.78 | | 24,948.40 |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 37.86 | 24,910.54 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/21/13 | 005002 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | 21.99 | 24,888.55 |
| | | 701 POYDRAS STREET | 2300-000        $-21.99 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 02/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 36.30 | 24,852.25 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 03/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 40.10 | 24,812.15 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 38.74 | 24,773.41 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |

                                                        Page Subtotals          1,701.78          248.97

FOR FORM

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-23009 -CAD |
| Case Name: | ALLIANCE LOGISTICS, INC. |
| | |
| Taxpayer ID No: | *******6575 |
| For Period Ending: | 01/29/15 |

| | |
|---|---|
| Trustee Name: | BRENDA HELMS, SUCC. TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******0901  DDA |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 42.55 | 24,730.86 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 36.04 | 24,694.82 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 39.84 | 24,654.98 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 42.35 | 24,612.63 |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 35.87 | 24,576.76 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 39.65 | 24,537.11 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 39.59 | 24,497.52 |
| 12/31/13 | | Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 38.25 | 24,459.27 |

| | Page Subtotals | 0.00 | 314.14 |
|---|---|---|---|

FORM 2                                                                                          Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit B

Case No:        10-23009  -CAD                          Trustee Name:           BRENDA HELMS, SUCC. TRUSTEE
Case Name:      ALLIANCE LOGISTICS, INC.                Bank Name:              Green Bank
                                                        Account Number / CD #:  *******0901 DDA
Taxpayer ID No:  *******6575
For Period Ending:  01/29/15                            Blanket Bond (per case limit):  $  5,000,000.00
                                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 01/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 42.01 | 24,417.26 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 02/28/14 | | Green Bank | Bank Service Fee | 2600-000 | | 35.58 | 24,381.68 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 36.80 | 24,344.88 |
| | | US Trustee Services | | | | | |
| | | 2900 North Loop West, Suite 200 | | | | | |
| | | Houston, TX  77092 | | | | | |
| 04/02/14 | 005003 | INTERNATIONAL SURETIES, LTD | Blanket bond #016026455  2/01/14 | 2300-000 | | 20.20 | 24,324.68 |
| | | 701 POYDRAS STREET | to 2/10/15 | | | | |
| | | SUITE 420 | 2300-000        $-20.20 | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 34.19 | 24,290.49 |
| 05/02/14 | | Transfer to Acct #*******3565 | Bank Funds Transfer | 9999-000 | | 24,290.49 | 0.00 |

Page Subtotals            0.00          24,459.27

Ver: 18.03b

FORM 2                                                                                      Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:          10-23009  -CAD                    Trustee Name:          BRENDA HELMS, SUCC. TRUSTEE
Case Name:        ALLIANCE LOGISTICS, INC.          Bank Name:             Green Bank
                                                    Account Number / CD #: *******0901  DDA
Taxpayer ID No:   *******6575
For Period Ending: 01/29/15                          Blanket Bond (per case limit):  $ 5,000,000.00
                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,371.27 | 25,371.27 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 23,669.49 | 24,290.49 | |
| | | | Subtotal | | 1,701.78 | 1,080.78 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,701.78 | 1,080.78 | |

Page Subtotals                0.00          0.00

FOR R6

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:         10-23009  -CAD                                    Trustee Name:        BRENDA HELMS, SUCC. TRUSTEE
Case Name:    ALLIANCE LOGISTICS, INC.                    Bank Name:            ASSOCIATED BANK
                                                                               Account Number / CD #:    *******3565  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******6575
For Period Ending: 01/29/15                                       Blanket Bond (per case limit):  $  5,000,000.00
                                                                               Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******0901 | Bank Funds Transfer | 9999-000 | 24,290.49 | | 24,290.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.10 | 24,254.39 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 24,290.49 | 36.10 | 24,254.39 |
| Less:  Bank Transfers/CD's | 24,290.49 | 0.00 | |
| Subtotal | 0.00 | 36.10 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 36.10 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******9665 | 0.00 | 0.00 | 0.00 |
| Checking Account - *******9666 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******9667 | 23,943.95 | 274.46 | 0.00 |
| Checking Account - *******9668 | 0.00 | 0.00 | 0.00 |
| DDA - *******0901 | 1,701.78 | 1,080.78 | 0.00 |
| Checking Account (Non-Interest Earn - *******3565 | 0.00 | 36.10 | 24,254.39 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 25,645.73 | 1,391.34 | 24,254.39 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 29, 2015

Case Number:   10-23009
Debtor Name:   ALLIANCE LOGISTICS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 3120-00 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative | | $145.39 | $0.00 | $145.39 |
| 200 2100-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative | Orig Allowed: 3314.57 | $3,314.57 | $0.00 | $3,314.57 |
| 200 3410-00 | Scott Horewitch Pidgeon & Abrams, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Administrative | | $5,112.50 | $0.00 | $5,112.50 |
| 200 3110-00 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Administrative | | $30,610.25 | $0.00 | $30,610.25 |
| 200 2200-00 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $0.00 |
| 7 001 2950-00 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Administrative | | $325.00 | $0.00 | $325.00 |
| 1 570 5800-00 | Truck Load Services Inc 150 Grand Blvd Lile-Perrot, QC J7V4X1 | Priority | | $13,650.27 | $0.00 | $13,650.27 |
| 18 570 5800-00 | Thompson Moving & Storage Inc 15331 South 70th Court Orland Park, IL 60462 | Priority | | $288.85 | $0.00 | $288.85 |
| 10 610 7100-00 | CIT Technology Financing Services, Inc Bankruptcy Processing Solutions, Inc 1162 E. Sonterra Blvd., Ste 130 San Antonio, TX 78258 | Unsecured | | $5,822.82 | $0.00 | $5,822.82 |
| 11 610 7100-00 | Brasseur Transport, Inc 1250 Rue Industrielle La Prairie J5R5G4 Quebec | Unsecured | | $14,895.00 | $0.00 | $14,895.00 |
| 12 610 7100-00 | Liquid Cargo Lines 452 Southdown Road Mississauga, ON L5J244 Canada | Unsecured | | $2,556.26 | $0.00 | $2,556.26 |
| 13 610 7100-00 | Gypsum Express Ltd 8280 Sixty Road Baldwinsville, NY 130271232 | Unsecured | | $16,809.20 | $0.00 | $16,809.20 |

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: January 29, 2015

Case Number:    10-23009
Debtor Name:    ALLIANCE LOGISTICS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14<br>610<br>7100- | Schneider International, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI  53212 | Unsecured | | $141,962.34 | $0.00 | $141,962.34 |
| 15<br>610<br>7100-00 | USF Holland, Inc.<br>c/o Receivable Management Services<br>&quot;RMS&quot;<br>P.O. Box 5126<br>Maryla, ND  21094 | Unsecured | | $1,332.00 | $0.00 | $1,332.00 |
| 16<br>070<br>7100-00 | Bank of America<br>c/o James A. Rolfes, Reed Smith LLP<br>10 S. Wacker Drive<br>Chicago, IL  606067507 | Unsecured | denied secured claim per order 4/30/14 | $2,181,544.97 | $0.00 | $2,181,544.97 |
| 17<br>610<br>7100-00 | Schnidt Cartage Inc<br>1625 Hunte Road<br>Hanover Park, IL  60133 | Unsecured | | $1,413.83 | $0.00 | $1,413.83 |
| 19<br>610<br>7100-00 | RTS Remitz Transport Services<br>7055 Saeger Road<br>Oconomowoc, WI  53066 | Unsecured | | $7,075.00 | $0.00 | $7,075.00 |
| 2<br>610<br>7100-00 | Cliff Viessman Inc<br>PO Box 175<br>Gary, SD  57237 | Unsecured | | $7,608.16 | $0.00 | $7,608.16 |
| 20<br>610<br>7100-00 | Truck Load Services Inc<br>150 Grand Blvd<br>Lile-Perrot, QC  J7V4X1 | Unsecured | | $13,650.27 | $0.00 | $13,650.27 |
| 21<br>610<br>7100-00 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL  617023397 | Unsecured | (21-1) 8926 | $621.97 | $0.00 | $621.97 |
| 22<br>610<br>7100-00 | Brasseur Transport, Inc<br>1250 Rue Industrielle<br>La Prairie J5R5G4<br>Quebec | Unsecured | | $14,895.00 | $0.00 | $14,895.00 |
| 23<br>610<br>7100-00 | Bert Hybels, Inc.<br>c/o Dennis A. Brebner & Associates<br>860 S. Northpoint Blvd.<br>Waukegan, IL  60085 | Unsecured | (23-1) Goods Sold | $12,397.47 | $0.00 | $12,397.47 |
| 24<br>610<br>7100-00 | CRST Van Expedited Inc<br>3930 16th Avenue SW<br>PO Box 68<br>Cedar Rapids, IA  52406 | Unsecured | | $5,431.62 | $0.00 | $5,431.62 |
| 25<br>610<br>7100-00 | CRST Van Expedited Inc<br>3930 16th Avenue SW<br>PO Box 68<br>Cedar Rapids, IA  52406 | Unsecured | | $22,000.80 | $0.00 | $22,000.80 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                                           Date: January 29, 2015

Case Number:   10-23009                           Claim Class Sequence
Debtor Name:   ALLIANCE LOGISTICS, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 610 7100-00 | Guidance Recovery Services, Co. c/o Kevin M. Kelly, P.C. 10 E. 22nd Street, Suite 216 Lombard, IL 60148 | Unsecured (26-1) Judgment | | $2,666.11 | $0.00 | $2,666.11 |
| 27 610 7100-00 | Stotesbury Transfer Limited 300 Shirley Avenue Kichner, ON N2B2E1 Canada | Unsecured | | $13,275.49 | $0.00 | $13,275.49 |
| 28 610 7100-00 | Barnes & Thornburg LLP One North Wacker Drive Suite 4400 Chicago, IL 60606 | Unsecured (28-1) See Attached | | $556,294.27 | $0.00 | $556,294.27 |
| 29 610 7100-00 | Corporate Express Office Products, Inc David G. Lynch/James R. Irving DLA Piper LLC (US) 203 N. LaSalle Street, Suite 1900 Chicago, IL 60601 | Unsecured (29-1) Judgment for rents under a lease | | $1,412,833.00 | $0.00 | $1,412,833.00 |
| 3 070 7100-00 | M2 Lease Funds 175 N. Patrick Blvd. Ste 140 Brookfield, WI 53045 | Unsecured denied secured claim per order 4/30/14 | | $6,770.00 | $0.00 | $6,770.00 |
| 30 620 7200-00 | Quality Cartage Inc 7580 State Road Burbank, IL 60459 | Unsecured | | $17,830.80 | $0.00 | $17,830.80 |
| 31 620 7200-00 | NMHG Financial Services 1010 Thomas Edison Blvd SW Cedar Rapids, IA 52404 | Unsecured claim disallowed as secured and allowed as tardy unsecured per order 4/30/14 Lease of equipment. | | $9,634.75 | $0.00 | $9,634.75 |
| 32 620 7200-00 | Law Offices of Dennis B Porick LTD 63 W Jefferson St Ste 100 Joliet, IL 60432 | Unsecured | | $17,830.80 | $0.00 | $17,830.80 |
| 33 620 7200-00 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA 193550701 | Unsecured (33-1) CREDIT CARD DEBT | | $29,294.78 | $0.00 | $29,294.78 |
| 4 610 7100-00 | JR Cartage Inc 3102 S. Route 59 Naperville, IL 60564 | Unsecured | | $7,235.00 | $0.00 | $7,235.00 |
| 5 610 7100-00 | KLLM, Inc 134 Riverview Drive Richland, MS 392186098 | Unsecured | | $52,127.28 | $0.00 | $52,127.28 |

| Page 4 | EXHIBIT C |  | Date: January 29, 2015 |
|---|---|---|---|
|  | ANALYSIS OF CLAIMS REGISTER |  |  |

Case Number: 10-23009  
Debtor Name: ALLIANCE LOGISTICS, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610<br>7100-00 | Paschall Truck Lines Inc<br>3443 U.S. Highway 6415<br>Murray, KY 42071 | Unsecured |  | $6,062.25 | $0.00 | $6,062.25 |
| 8<br>610<br>7100-00 | National consolidation Services<br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>2nd Fl. North<br>Milwaukee, WI 532121059 | Unsecured |  | $20,770.68 | $0.00 | $20,770.68 |
| 9<br>070<br>7100-00 | CenterPoint Intermodal LLC<br>Michael Weininger LLP<br>30 N. LaSalle St., Suite 3520<br>Chicago, IL 60602 | Unsecured | denied secured claim per order 4/30/14 | $521,245.19 | $0.00 | $521,245.19 |
| 9U<br>070<br>7100-00 | CenterPoint Intermodal LLC<br>Michael Weininger LLP<br>30 N. LaSalle St., Suite 3520<br>Chicago, IL 60602 | Unsecured | unsecured portion of claim | $553,875.60 | $0.00 | $553,875.60 |
|  | Case Totals: |  |  | $5,731,209.54 | $0.00 | $5,731,209.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-23009
Case Name: ALLIANCE LOGISTICS, INC.
Trustee Name: BRENDA PORTER HELMS, SUCCESSOR TRUSTEE

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D.GROCHOCINSKI, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw, PC | $ | $ | $ |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: InnovaLaw, PC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Truck Load Services Inc | $ | $ | $ |
| 18 | Thompson Moving & Storage Inc | $ | $ | $ |

Total to be paid to priority creditors       $_____

Remaining Balance       $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Cliff Viessman Inc | $ | $ | $ |
| 3 | M2 Lease Funds | $ | $ | $ |
| 4 | JR Cartage Inc | $ | $ | $ |
| 5 | KLLM, Inc | $ | $ | $ |
| 6 | Paschall Truck Lines Inc | $ | $ | $ |
| 8 | National consolidation Services | $ | $ | $ |
| 9 | CenterPoint Intermodal LLC | $ | $ | $ |
| 10 | CIT Technology Financing Services, Inc | $ | $ | $ |
| 11 | Brasseur Transport, Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Liquid Cargo Lines | $ | $ | $ |
| 13 | Gypsum Express Ltd | $ | $ | $ |
| 14 | Schneider International, Inc. | $ | $ | $ |
| 15 | USF Holland, Inc. | $ | $ | $ |
| 16 | Bank of America | $ | $ | $ |
| 17 | Schnidt Cartage Inc | $ | $ | $ |
| 19 | RTS Remitz Transport Services | $ | $ | $ |
| 20 | Truck Load Services Inc | $ | $ | $ |
| 21 | Verizon Wireless | $ | $ | $ |
| 22 | Brasseur Transport, Inc | $ | $ | $ |
| 23 | Bert Hybels, Inc. | $ | $ | $ |
| 24 | CRST Van Expedited Inc | $ | $ | $ |
| 25 | CRST Van Expedited Inc | $ | $ | $ |
| 26 | Guidance Recovery Services, Co. | $ | $ | $ |
| 27 | Stotesbury Transfer Limited | $ | $ | $ |
| 28 | Barnes & Thornburg LLP | $ | $ | $ |
| 29 | Corporate Express Office Products, Inc | $ | $ | $ |
| 9U | CenterPoint Intermodal LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 30 | Quality Cartage Inc | $ | $ | $ |
| 31 | NMHG Financial Services | $ | $ | $ |
| 32 | Law Offices of Dennis B Porick LTD | $ | $ | $ |
| 33 | American Express Travel Related Services | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE