UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ALLIANCE LOGISTICS, INC. §   Case No. 10-23009
§
Debtor(s) §

AMENDED NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/04/2015 in Courtroom 742,
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____
                                          CLERK OF U.S. BANKRUPTCY
                                                 COURT


*BRENDA PORTER HELMS, SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
ALLIANCE LOGISTICS, INC.            §      Case No. 10-23009
                                    §
          Debtor(s)                 §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 25,645.73 |
| and approved disbursements of | $ | 1,391.34 |
| leaving a balance on hand of[1] | $ | 24,254.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ 3,314.57 | $ 0.00 | $ 2,024.25 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 30,610.25 | $ 0.00 | $ 18,694.08 |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams, LLC | $ 5,112.50 | $ 0.00 | $ 3,122.27 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: InnovaLaw, PC | $ 145.39 | $ 0.00 | $ 88.79 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 24,254.39 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,939.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Truck Load Services Inc | $ 13,650.27 | $ 0.00 | $ 0.00 |
| 18 | Thompson Moving & Storage Inc | $ 288.85 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,603,171.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Cliff Viessman Inc | $ 7,608.16 | $ 0.00 | $ 0.00 |
| 3 | M2 Lease Funds | $ 6,770.00 | $ 0.00 | $ 0.00 |
| 4 | JR Cartage Inc | $ 7,235.00 | $ 0.00 | $ 0.00 |
| 5 | KLLM, Inc | $ 52,127.28 | $ 0.00 | $ 0.00 |
| 6 | Paschall Truck Lines Inc | $ 6,062.25 | $ 0.00 | $ 0.00 |
| 8 | National consolidation Services | $ 20,770.68 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | CenterPoint Intermodal LLC | $ 521,245.19 | $ 0.00 | $ 0.00 |
| 10 | CIT Technology Financing Services, Inc | $ 5,822.82 | $ 0.00 | $ 0.00 |
| 11 | Brasseur Transport, Inc | $ 14,895.00 | $ 0.00 | $ 0.00 |
| 12 | Liquid Cargo Lines | $ 2,556.26 | $ 0.00 | $ 0.00 |
| 13 | Gypsum Express Ltd | $ 16,809.20 | $ 0.00 | $ 0.00 |
| 14 | Schneider International, Inc. | $ 141,962.34 | $ 0.00 | $ 0.00 |
| 15 | USF Holland, Inc. | $ 1,332.00 | $ 0.00 | $ 0.00 |
| 16 | Bank of America | $ 2,181,544.97 | $ 0.00 | $ 0.00 |
| 17 | Schnidt Cartage Inc | $ 1,413.83 | $ 0.00 | $ 0.00 |
| 19 | RTS Remitz Transport Services | $ 7,075.00 | $ 0.00 | $ 0.00 |
| 20 | Truck Load Services Inc | $ 13,650.27 | $ 0.00 | $ 0.00 |
| 21 | Verizon Wireless | $ 621.97 | $ 0.00 | $ 0.00 |
| 22 | Brasseur Transport, Inc | $ 14,895.00 | $ 0.00 | $ 0.00 |
| 23 | Bert Hybels, Inc. | $ 12,397.47 | $ 0.00 | $ 0.00 |
| 24 | CRST Van Expedited Inc | $ 5,431.62 | $ 0.00 | $ 0.00 |
| 25 | CRST Van Expedited Inc | $ 22,000.80 | $ 0.00 | $ 0.00 |
| 26 | Guidance Recovery Services, Co. | $ 2,666.11 | $ 0.00 | $ 0.00 |
| 27 | Stotesbury Transfer Limited | $ 13,275.49 | $ 0.00 | $ 0.00 |
| 28 | Barnes & Thornburg LLP | $ 556,294.27 | $ 0.00 | $ 0.00 |
| 29 | Corporate Express Office Products, Inc | $ 1,412,833.00 | $ 0.00 | $ 0.00 |
| 9U | CenterPoint Intermodal LLC | $ 553,875.60 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                $ 0.00

Remaining Balance                $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 74,591.13 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 30 | Quality Cartage Inc | $ 17,830.80 | $ 0.00 | $ 0.00 |
| 31 | NMHG Financial Services | $ 9,634.75 | $ 0.00 | $ 0.00 |
| 32 | Law Offices of Dennis B Porick LTD | $ 17,830.80 | $ 0.00 | $ 0.00 |
| 33 | American Express Travel Related Services | $ 29,294.78 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-23009-CAD
Alliance Logistics, INC.                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun       Page 1 of 3              Date Rcvd: Feb 09, 2015
                         Form ID: pdf006      Total Noticed: 100

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2015.
```
db         +Alliance Logistics, INC.,    1301 International Parkway,    Suite 100,    Woodridge, IL 60517-5153
16676623    4-Way Transportation,    2061 Logan Avenue,    Winnipeg, MB R2R OJI,    Canada
15603004   +APS,   5708 W. 63rd Street,    Chicago, IL 60638-5508
15602997   +Aflac,   303 W. Erie Street,    Chicago, IL 60654-3972
15602998   +All American Agents of Process,    PO Box 1065,    Sioux Falls, SD 57101-1065
15602999    All in Transportation,    9420 W. Foster,    Chicago, IL 60656
15603000   +America's Service Line LLC,    1814 ELizabeth Street,    Green Bay, WI 54302-2049
15603001   +American Distribution Center Inc,    1415 S. 3200 W,    PO Box 27404,
             Salt Lake City, UT 84127-0404
15603002    American Express,    PO Box 53800,    Phoenix, AZ 85072-3800
17307497    American Express Travel Related Services,    Co, Inc Corp Card,    c o Becket and Lee LLP,
             POB 3001,    Malvern, PA 19355-0701
15603003   +American Road Line Inc,    2700 Louisville Road,    Savannah, GA 31415-1642
15603005    Atlantic Express,    7 Morth Street,    Staten Island, NY 10302
15603008    Bank of America,    PO Box 53132,    Phoenix, AZ 85072-3132
15603007   +Bank of America,    c/o James A. Rolfes, Reed Smith LLP,    10 S. Wacker Drive,
             Chicago, IL 60606-7453
16264520   +Barnes & Thornburg LLP,    One North Wacker Drive,    Suite 4400,    Chicago, IL 60606-2841
15603009   +Bert Hybels, Inc,    3322 Grand Praire Road,    Kalamazoo, MI 49006-1436
16187172   +Bert Hybels, Inc.,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
             Waukegan, IL 60085-8211
15603010    Brasseur Transport, Inc,    1250 Rue Industrielle,    La Prairie J5R5G4,    Quebec
15603012   +CFMC,   23 Inverness Way East,    Englewood, CO 80112-5708
15750894   #+CIT Technology Financing Services, Inc,    Bankruptcy Processing Solutions, Inc,
             1162 E. Sonterra Blvd., Ste 130,    San Antonio, TX 78258-4048
15603017   +CRST Van Expedited Inc,    3930 16th Avenue SW,    PO Box 68,    Cedar Rapids, IA 52406-0068
15603011    Careful Logistics,    15 W460 N. Frontage ROad,    #200,    Willowbrook, IL 60527
15732567   +CenterPoint Intermodal LLC,    Michael Weininger LLP,    30 N. LaSalle St., Suite 3520,
             Chicago, IL 60602-3334
15603013   +Chicagotrans Enterprises,    333 w. Irving Park,    Roselle, IL 60172-1155
15603015   +Cliff Viessman Inc,    PO Box 175,    Gary, SD 57237-0175
15722039   +Corporate Express Office Products, Inc,    David G. Lynch/James R. Irving,    DLA Piper LLC (US),
             203 N. LaSalle Street, Suite 1900,    Chicago, IL 60601-1263
15603020   +DTS,   310 Thackery Lane,    Winnetka, IL 60093-3148
15603018   +Devon Cartage & Warehouse,    1017 W. 48th street,    Chicago, IL 60609-4305
15603019   +Diversified Transfer,    1640 Moned Road,    Billings, MT 59101-3200
15603021   +ED Service Group Inc,    2230 172nd Street,    Lansing, IL 60438-6022
15603023    ERB International Inc,    290 Hamilton Road,    New Hambur, ON,    NOb2GO
15603022   +Enterprise Line Inc,    1600 W. 05 Highway 20,    Chesterton, IN 46304-9791
15603024   +Flo Trans,    7401 S. Pulaski Road,    Chicago, IL 60629-5837
15602996    Four Way Transportation,    2061 Logan Avenue,    Winnipeg, MB R2R 0JI,    Canada
15603025    G2 Logitics,    975 Logan Avenue,    Winniney, Manitoba R3E1P3,    Canada
15603028   +GP Thompson Entrepises Inc,    154 Hicks Drive,    Union Springs, AL 36089-7323
15603026   +Geo F. Alger Company,    28650 Hildebandt,    Romulus, MI 48174-2790
15603027   +Gorski Bulk Transport Inc,    1555 Caniff,    Detroit, MI 48211-1079
16244243   +Guidance Recovery Services, Co.,    c/o Kevin M. Kelly, P.C.,    10 E. 22nd Street, Suite 216,
             Lombard, IL 60148-6108
15603029    Gypsum Express Ltd,    8280 Sixty Road,    Baldwinsville, NY 13027-1232
15603030   +Highway Solutions Inc,    1700 Carmen Drive,    Elk Grove Village, IL 60007-6402
15603031   #+JF Freight Company Inc,    300 S. Hicks Road,    Palatine, IL 60067-6941
15603033    JR Cartage Inc,    3102 S. Route 59,    Naperville, IL 60564
15603032   +Jim's Wholesale Meats,    607 Chatburn Avenue,    Harlan, IA 51537-2301
15603034   +KLLM, Inc,    134 Riverview Drive,    Richland, MS 39218-4400
15603035   +KRC, Inc.,    5635 Clay Avenue SW,    Grand Rapids, MI 49548-5760
15603037   +L&L Pro Pac Inc,    601 Hanover Drive,    Grapevine, TX 76051-7543
15603038   +Lanter Refrigerated Dist, LLC,    7101 S. kostner,    Chicago, IL 60629-5836
16434644   +Law Offices of Dennis B Porick LTD,    63 W Jefferson St Ste 100,    Joliet IL 60432-4337
15603039   +Lender's Leasing & Remarketing,    14353 Dixon Lane,    Homer Glen, IL 60491-7500
15603040   +Liberty Transport LLC,    1571 Turkey Trail,    Crescent, OK 73028-8731
15603041    Liquid Cargo Lines,    452 Southdown Road,    Mississauga, ON L5J244,    Canada
15603042   +M2 Lease Funds,    175 N. Patrick Blvd.,    Ste 140,    Brookfield, WI 53045-5811
15603043   +M2 Lease Funds LLC,    175 N. Patrick Blvd,    #135,    Brookfield, WI 53045-5819
15603045   +MATSON Integrated Logistics,    1111 North Plaza Drive,    Schaumburg, IL 60173-4951
15603047   +MKS Services LLC,    1536 West Todd Drive,    Tempe, AZ 85283-4804
15603044   +Mario's Trucking Service Inc,    500 Eastorn Avenue,    Bensenville, IL 60106-3807
15603046   +Middle East Air Cargo Inc,    1350 Michael Drive,    Wood Dale, IL 60191-1083
15603049   +NED Express Inc,    2000 West Carroll Street,    Chicago, IL 60612-1627
16375635   +NMHG Financial Services,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
15711368   +National consolidation Services,    Kohner, Mann & Kailas, S.C.,    4650 N. Port Washington Road,
             2nd Fl. North,    Milwaukee, WI 53212-1077
15603053   +PDS,   9611 Southwest Highway,    Oak Lawn, IL 60453-2891
15603057   +PST Trucking Inc,    630 Supreme Drive,    Bensenville, IL 60106-1158
15603050   +Pacific Financial Associates,    245 Fisher Avenue,    Costa Mesa, CA 92626-4536
15603051    Paschall Truck Lines Inc,    3443 U.S. Highway 6415,    Murray, KY 42071
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 3                 Date Rcvd: Feb 09, 2015
                               Form ID: pdf006             Total Noticed: 100

15603052       Paul Marcotte Farms Inc,    1752 N. 1200 E Road,    Momence, IL 60954
15603054      +Polmar Express Inc,    2688 Coyle Avenue,    Elk Grove Village, IL 60007-6404
15603055      +Premiun Assigment Corporation,    3522 Thomasville Road,    Suite 400,
                Tallahassee, FL 32309-3488
15603056      +Pruit Trucking Inc,    510 West 5th Street,    Tilton, IL 61833-7469
15603059      +Quality Carriers Inc,    12158 S. Stony Island Avenue,    Chicago, IL 60633-2402
15603058      +Quality Carriers Inc,    12158 South Stony Island Avenue,    Chicago, IL 60633-2402
15603060      +Quality Cartage Inc,    7580 State Road,    Burbank, IL 60459-1546
15603065       RTS Remitz Transport Services,    7055 Saeger Road,    Oconomowoc, WI 53066
15603062      +Roadway Express,    1901 W. Evergreen,    Effingham, IL 62401-4668
15603063      +Robertson Wicox, Alcorn PC,    139 South Cherry Street,    PO Box 1328,
                Galesburg, IL 61402-1328
15603064      +Royal Transport Inc,    1900 Parkes Drive,    Broadview, IL 60155-3958
15603066       Schain Burney Ross & Citron,    N LaSalle Street,    Chicago, IL 60602
15837012      +Schneider International, Inc.,    c/o Kohner, Mann & Kailas, S.C.,
                4650 North Port Washington Road,    Milwaukee, WI 53212-1077
15603067      +Schneider Logistics,    3101 S. Packerland Drive,    Green Bay, WI 54313-6187
15603068      +Schneider National Bulk,    1 North Dearborn,    Chicago, IL 60602-4331
15603069      +Schnidt Cartage Inc,    1625 Hunte Road,    Hanover Park, IL 60133-6767
16676625     #+Scott Sierzega,    c/o Law Office of Acosta & Skawski,    400 S. County Farm Road, Suite 310,
                Wheaton, IL 60187-4547
15603070      +Security Express Ins,    19801 S. Santa Fe Avenue,    Compton, CA 90221-5915
15603071       Sonny’s Trucking Inc,    755 State Route 53,    Buena Park, CA 90621
15603073      +States Logistics Services Inc,    420 South 104th Street,    Tolleson, AZ 85353-9236
15603074       Stotesbury Transfer Limited,    300 Shirley Avenue,    Kichner, ON N2B2E1,    Canada
15603075      +Straight Shot Express LLC,    1514 E. Algonquin Road,    Arlington Heights, IL 60005-4718
15603076       TD Smith Transport,    122 W. Broad Street,    Spiceland, IN 47385
15603077      +The Alternative Board,    391 E. Webster,    Elmhurst, IL 60126-3636
15603078      +Thompson Moving & Storage Inc,    15331 South 70th Court,    Orland Park, IL 60462-5156
15603079      +Total Freight Line Inc,    225 N. Arlington Heights,    #201,    Elk Grove Village, IL 60007-1017
15603080      +Tower Truck Lines Inc,    746 N. Industrial Drive,    Elmhurst, IL 60126-1129
15603082       Truck Load Services Inc,    150 Grand Blvd,    Lile-Perrot, QC    J7V4X1
15603083      +Turbo Express Inc,    8535 W. Clara Drive,    Niles, IL 60714-2307
15908138      +USF Holland, Inc.,    c/o Receivable Management Services "RMS",    P.O. Box 5126,
                Timonium, Maryland 21094-5126
15603084       USF Reddaway,    2200 Norht Batavia Street,    Orange, CA 92865
15603085      +Verizon Wireless,    1515 Woodfield Rd., Ste. 1400,    Schaumburg, IL 60173-5443
15603086      +Yellow Transportation,    10990 Roe Avenue,    Leawood, KS 66211-1213
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15603016      +E-mail/Text: BRUDICH@COMMANDTRANSPORTATION.COM Feb 10 2015 01:18:15
                Command Transportation LLC,    7500 Frontage Road,    Skokie, IL 60077-3213
15603072       E-mail/Text: appebnmailbox@sprint.com Feb 10 2015 01:16:48      Sprint,    Customer Service,
                P.O. Box 152046,    Irving, TX 75015
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15603006       Bacarella Transportation Service In,    375 Bridgeport Avenue,    Suite 2,    KS 66484-3844
15699286       Office of the U.S. Trustee
16676624     ##+AT&T,    POB 598014,    Orlando, FL 32859-8014
15603014     ##+Clean Car Connexion, Inc,    3847 Oneida Street,    New Hartford, NY 13413-9771
15603036     ##+Kwikmen Trucking Inc,    430 W. 194th Street,    Glenwood, IL 60425-1544
15603048     ##+National Consolidation Services,    6051 W. 115th Street,    Alsip, IL 60803-5152
15603061     ##+RCD Trucking Inc,    296 W. Issert Drive,    Kankakee, IL 60901-7135
15603081     ##+Trek Freight Service LLC,    7900 N. Nagle Avenue,    Morton Grove, IL 60053-2761
16057497      ##Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                     TOTALS: 2, * 0, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mrahmoun            Page 3 of 3            Date Rcvd: Feb 09, 2015
                              Form ID: pdf006           Total Noticed: 100
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2015 at the address(es) listed below:

```
          Aaron B Chapin    on behalf of Creditor    Bank of America, N.A. achapin@reedsmith.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          James M Philbrick    on behalf of Creditor    GMAC jmphilbrick@att.net
          James R Irving    on behalf of Creditor    Corporate Express Office Products jirving@bgdlegal.com,
           smays@bgdlegal.com
          Michael B Weininger    on behalf of Creditor    CenterPoint Intermodal LLC mweininger@lw-llp.com,
           cpotter@lw-llp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen T. Bobo    on behalf of Creditor    Bank of America, N.A. sbobo@reedsmith.com
                                                                                             TOTAL: 7
```

Case 10-23009   Doc 96   Filed 02/09/15   Entered 02/11/15 23:41:24   Desc Imaged
Certificate of Notice    Page 8 of 8