# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALLIANCE LOGISTICS, INC. | § | Case No. 10-23009 |
| | § | |
| Debtor(s) | § | |

## SUCCESSOR CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, successor chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                              Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | M2 Lease Funds 175 N. Patrick Blvd. Ste 135 Brookfield, WI 53045 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| Green Bank | | | | | |
| The Bank of New York Mellon | | | | | |
| OFFICE OF THE U.S. TRUSTEE <B>(ADMI | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | THOMPSON MOVING & STORAGE INC | | | | | |
| 1 | TRUCK LOAD SERVICES INC | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4-Way Transportation 2061 Logan Avenue Winnipeg, MB R2R 0JI Canada | | | | | |
| | APS 5708 W. 63rd Street Chicago, IL 60638 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 598014 Orlando, FL 32859-8014 | | | | | |
| | Aflac 303 W. Erie Street Chicago, IL 60654 | | | | | |
| | All American Agents of Process PO Box 1065 Sioux Falls, SD 57101 | | | | | |
| | All in Transportation 9420 W. Foster Chicago, IL 60656 | | | | | |
| | America's Service Line LLC 1814 ELizabeth Street Green Bay, WI 54302 | | | | | |
| | American Distribution Center Inc 1415 S. 3200 W PO Box 27404 Salt Lake City, UT 84127 | | | | | |
| | American Express PO Box 53800 Phoenix, AZ 85072-3800 | | | | | |
| | American Road Line Inc 2700 Louisville Road Savannah, GA 31415 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlantic Express 7 Morth Street Staten Island, NY 10302 | | | | | |
| | Bacarella Transportation Service In 375 Bridgeport Avenue Suite 2 KS 66484-3844 | | | | | |
| | Bank of America PO Box 53132 Phoenix, AZ 85072-3132 | | | | | |
| | Bank of America c/o James A. Rolfes, Reed Smith LLP 10 S. Wacker Drive Chicago, IL 60606-7507 | | | | | |
| | CFMC 23 Inverness Way East Englewood, CO 80112 | | | | | |
| | Careful Logistics 15 W460 N. Frontage ROad #200 Willowbrook, IL 60527 | | | | | |
| | Chicagotrans Enterprises 333 w. Irving Park Roselle, IL 60172 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clean Car Connexion, Inc 3847 Oneida Street New Hartford, NY 13413 | | | | | |
| | Command Transportation LLC 7500 Frontage Road Skokie, IL 60077 | | | | | |
| | DTS 310 Thackery Lane Winnetka, IL 60093 | | | | | |
| | Devon Cartage & Warehouse 1017 W. 48th street Chicago, IL 60609 | | | | | |
| | Diversified Transfer 1640 Moned Road Billings, MT 59101 | | | | | |
| | ED Service Group Inc 2230 172nd Street Lansing, IL 60438 | | | | | |
| | ERB International Inc 290 Hamilton Road New Hambur, ON NOb2GO | | | | | |
| | Enterprise Line Inc 1600 W. 05 Highway 20 Chesterton, IN 46304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Flo Trans 7401 S. Pulaski Road Chicago, IL 60629 | | | | | |
| | G2 Logitics 975 Logan Avenue Winniney, Manitoba R3E1P3 Canada | | | | | |
| | GP Thompson Entreprises Inc 154 Hicks Drive Union Springs, AL 36089 | | | | | |
| | Geo F. Alger Company 28650 Hildebandt Romulus, MI 48174 | | | | | |
| | Gorski Bulk Transport Inc 1555 Caniff Detroit, MI 48211 | | | | | |
| | Highway Solutions Inc 1700 Carmen Drive Elk Grove Village, IL 60007 | | | | | |
| | JF Freight Company Inc 300 S. Hicks Road Palatine, IL 60067 | | | | | |
| | Jim's Wholesale Meats 607 Chatburn Avenue Harlan, IA 51537 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KLLM, Inc 134 Riverview Drive Richland, MS 39218-6098 | | | | | |
| | KRC, Inc. 5635 Clay Avenue SW Grand Rapids, MI 49548 | | | | | |
| | Kwikmen Trucking Inc 430 W. 194th Street Glenwood, IL 60425 | | | | | |
| | L&L Pro Pac Inc 601 Hanover Drive Grapevine, TX 76051 | | | | | |
| | Lanter Refrigerated Dist, LLC 7101 S. kostner Chicago, IL 60629 | | | | | |
| | Lender's Leasing & Remarketing 14353 Dixon Lane Homer Glen, IL 60491 | | | | | |
| | Liberty Transport LLC 1571 Turkey Trail Crescent, OK 73028 | | | | | |
| | M2 Lease Funds 175 N. Patrick Blvd. Ste 135 Brookfield, WI 53045 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M2 Lease Funds LLC 175 N. Patrick Blvd #135 Brookfield, WI 53045 | | | | | |
| | MATSON Integrated Logistics 1111 North Plaza Drive Schaumburg, IL 60173 | | | | | |
| | MKS Services LLC 1536 West Todd Drive Tempe, AZ 85283 | | | | | |
| | Mario's Trucking Service Inc 500 Eastern Avenue Bensenville, IL 60106 | | | | | |
| | Middle East Air Cargo Inc 1350 Michael Drive Wood Dale, IL 60191 | | | | | |
| | NED Express Inc 2000 West Carroll Street Chicago, IL 60612 | | | | | |
| | PDS 9611 Southwest Highway Oak Lawn, IL 60453 | | | | | |
| | PST Trucking Inc 630 Supreme Drive Bensenville, IL 60106 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pacific Financial Associates 245 Fisher Avenue Costa Mesa, CA 92626 | | | | | |
| | Paul Marcotte Farms Inc 1752 N. 1200 E Road Momence, IL 60954 | | | | | |
| | Polmar Express Inc 2688 Coyle Avenue Elk Grove Village, IL 60007 | | | | | |
| | Premiun Assigment Corporation 3522 Thomasville Road Suite 400 Tallahassee, FL 32309 | | | | | |
| | Pruit Trucking Inc 510 West 5th Street Tilton, IL 61833 | | | | | |
| | Quality Carriers Inc 12158 S. Stony Island Avenue Chicago, IL 60633 | | | | | |
| | Quality Carriers Inc 12158 South Stony Island Avenue Chicago, IL 60633 | | | | | |
| | Quality Carriers Inc 12158 South Stony Island Avenue Chicago, IL 60633 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RCD Trucking Inc 296 W. Issert Drive Kankakee, IL 60901 | | | | | |
| | Roadway Express 1901 W. Evergreen Effingham, IL 62401 | | | | | |
| | Robertson Wicox, Alcorn PC 139 South Cherry Street PO Box 1328 Galesburg, IL 61401 | | | | | |
| | Royal Transport Inc 1900 Parkes Drive Broadview, IL 60155 | | | | | |
| | Schain Burney Ross & Citron N LaSalle Street Chicago, IL 60602 | | | | | |
| | Schneider Logistics 3101 S. Packerland Drive Green Bay, WI 54313 | | | | | |
| | Scott Sierzega c/o Law Offices of Acosta & Skawski 400 S. County Farm Road, Suite 310 Wheaton, IL 60187 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Security Express Ins 19801 S. Santa Fe Avenue Compton, CA 90221 | | | | | |
| | Sonny's Trucking Inc 755 State Route 53 Buena Park, CA 90621 | | | | | |
| | Sprint Customer Service P.O. Box 152046 Irving, TX 75015 | | | | | |
| | States Logistics Services Inc 420 South 104th Street Tolleson, AZ 85353 | | | | | |
| | Straight Shot Express LLC 1514 E. Algonquin Road Arlington Heights, IL 60005 | | | | | |
| | TD Smith Transport 122 W. Broad Street Spiceland, IN 47385 | | | | | |
| | The Alternative Board 391 E. Webster Elmhurst, IL 60126 | | | | | |
| | Thompson Moving & Storage Inc 15331 South 70th Court Orland Park, IL 60462 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Total Freight Line Inc 225 N. Arlington Heights #201 Elk Grove Village, IL 60007 | | | | | |
| | Tower Truck Lines Inc 746 N. Industrial Drive Elmhurst, IL 60126 | | | | | |
| | Trek Freight Service LLC 7900 N. Nagle Avenue Morton Grove, IL 60053 | | | | | |
| | Turbo Express Inc 8535 W. Clara Drive Niles, IL 60714 | | | | | |
| | USF Reddaway 2200 Norht Batavia Street Orange, CA 92865 | | | | | |
| | Yellow Transportation 10990 Roe Avenue Leawood, KS 66211 | | | | | |
| 16 | BANK OF AMERICA | | | | | |
| 28 | BARNES & THORNBURG LLP | | | | | |
| 23 | BERT HYBELS, INC. | | | | | |
| 11 | BRASSEUR TRANSPORT, INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | BRASSEUR TRANSPORT, INC | | | | | |
| 9 | CENTERPOINT INTERMODAL LLC | | | | | |
| 9U | CENTERPOINT INTERMODAL LLC | | | | | |
| 10 | CIT TECHNOLOGY FINANCING SERVICES, | | | | | |
| 2 | CLIFF VIESSMAN INC | | | | | |
| 29 | CORPORATE EXPRESS OFFICE PRODUCTS, | | | | | |
| 24 | CRST VAN EXPEDITED INC | | | | | |
| 25 | CRST VAN EXPEDITED INC | | | | | |
| 26 | GUIDANCE RECOVERY SERVICES, CO. | | | | | |
| 13 | GYPSUM EXPRESS LTD | | | | | |
| 4 | JR CARTAGE INC | | | | | |
| 5 | KLLM, INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | LIQUID CARGO LINES | | | | | |
| 3 | M2 LEASE FUNDS | | | | | |
| 8 | NATIONAL CONSOLIDATION SERVICES | | | | | |
| 6 | PASCHALL TRUCK LINES INC | | | | | |
| 19 | RTS REMITZ TRANSPORT SERVICES | | | | | |
| 14 | SCHNEIDER INTERNATIONAL, INC. | | | | | |
| 17 | SCHNIDT CARTAGE INC | | | | | |
| 27 | STOTESBURY TRANSFER LIMITED | | | | | |
| 20 | TRUCK LOAD SERVICES INC | | | | | |
| 15 | USF HOLLAND, INC. | | | | | |
| 21 | VERIZON WIRELESS | | | | | |
| 33 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 32 | LAW OFFICES OF DENNIS B PORICK LTD | | | | | |
| 31 | NMHG FINANCIAL SERVICES | | | | | |
| 30 | QUALITY CARTAGE INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-23009   CAD   Judge: CAROL A. DOYLE | Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
|---|---|---|---|
| Case Name: | ALLIANCE LOGISTICS, INC. | Date Filed (f) or Converted (c): | 05/27/10 (c) |
| | | 341(a) Meeting Date: | 07/13/10 |
| For Period Ending: | 04/27/15 | Claims Bar Date: | 10/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 3,000.00 | 1,701.78 | | 1,701.78 | FA |
| Order directing turnover enteresd 1/17/13 | | | | | |
| 2. COLLECTIBLE RECEIVABLES | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 3. JUDGMENT AGAINST NEW PRIME INC | 2,180,000.00 | 2,180,000.00 | OA | 0.00 | FA |
| Order entered 10/5/10 abandoning Estate's interest in lawsuit | | | | | |
| 4. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| 5. SOFTWARE | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6. POSSIBLE PREFERENCES (u) | 23,942.96 | 23,942.96 | | 23,942.96 | FA |
| 7. account receivable (u) | 8,000.00 | 8,000.00 | | 0.00 | FA |
| Landstar Global Logistics | | | | | |
| disputed account | | | | | |
| INT. Interest Earned (u) | Unknown | N/A | | 0.99 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,244,942.96 | $2,243,644.74 | | $25,645.73 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Active

INVESTIGATION OF PREFERENCE AND TRANSFER PAYMENTS

FOLLOWING UP ON CHECKING ACCOUNT BALANCE

Funds turned over from bank account.

After investigation, it appears the creditor, Land Star Logistics, has a set off in the amount of receivables to be

collected. Value to estate is $0.00. After filing of final tax returns, then ready for final report.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-23009    CAD    Judge: CAROL A. DOYLE | | Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Case Name: | ALLIANCE LOGISTICS, INC. | | Date Filed (f) or Converted (c): | 05/27/10 (c) |
| | | | 341(a) Meeting Date: | 07/13/10 |
| | | | Claims Bar Date: | 10/21/10 |

Final tax returns filed.  Reviewing claims and preparing for final report.

Hearing on Objections to Claims #3, 9, 16 and 31 on 4/30/14.

Successor Trustee appointed 4/16/14.  Preparing TFR

Initial Projected Date of Final Report (TFR): 04/30/12    Current Projected Date of Final Report (TFR): 06/30/15

Page:   1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-23009  -CAD |
| Case Name: | ALLIANCE LOGISTICS, INC. |
| | |
| Taxpayer ID No: | *******6575 |
| For Period Ending: | 04/27/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******9665  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 18.04

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Page:    2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-23009  -CAD | |
| Case Name: | ALLIANCE LOGISTICS, INC. | |
| | | |
| Taxpayer ID No: | *******6575 | |
| For Period Ending: | 04/27/15 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******9666  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.04

Page:    3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-23009  -CAD |
| Case Name: | ALLIANCE LOGISTICS, INC. |

| Taxpayer ID No: | *******6575 |
| For Period Ending: | 04/27/15 |

| Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******9667  Money Market Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/11 | 6 | ZMX TRSNSPORTATION SERVICES, INC. | PREFERENCE DEMAND | 1241-000 | 23,942.96 | | 23,942.96 |
| | | 9140 W PLAINFIELD ROAD | | | | | |
| | | BROOKFIELD, IL  60513 | | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 23,942.97 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 23,917.97 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,918.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.15 | 23,869.01 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 23,869.21 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.41 | 23,821.80 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 23,821.99 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.21 | 23,769.78 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 23,769.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.84 | 23,721.14 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 23,721.34 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.85 | 23,669.49 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 23,669.49 | 0.00 |
| | | | 9999-000      $-23,669.49 | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 23,943.95 | 23,943.95 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 23,669.49 | |
| Subtotal | | 23,943.95 | 274.46 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 23,943.95 | 274.46 | |

Page Subtotals          23,943.95          23,943.95

Ver: 18.04

FORM 2                                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-23009  -CAD | |
| Case Name: | ALLIANCE LOGISTICS, INC. | |
| | | |
| Taxpayer ID No: | *******6575 | |
| For Period Ending: | 04/27/15 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Bank Name: | The Bank of NY Mellon |
| Account Number / CD #: | *******9668  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 0.00 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 0.00 |

Page Subtotals                    0.00              0.00

Ver: 18.04

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-23009  -CAD |
| Case Name: | ALLIANCE LOGISTICS, INC. |
| | |
| Taxpayer ID No: | *******6575 |
| For Period Ending: | 04/27/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******0901  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 23,669.49 | | 23,669.49 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | 21.04 | 23,648.45 |
| | | | 2300-000          $-21.04 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 28.32 | 23,620.13 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 39.34 | 23,580.79 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 35.59 | 23,545.20 |
| 05/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 37.99 | 23,507.21 |
| 06/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 37.93 | 23,469.28 |
| 07/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 36.65 | 23,432.63 |
| 08/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 41.47 | 23,391.16 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 32.87 | 23,358.29 |
| 10/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 37.69 | 23,320.60 |

| | | |
|---|---|---|
| Page Subtotals | 23,669.49 | 348.89 |

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2

Page:   6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-23009  -CAD | | Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Case Name: | ALLIANCE LOGISTICS, INC. | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******0901  DDA |
| Taxpayer ID No: | *******6575 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 401 Greenbriar<br>Houston, TX  77098 | | | | | |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 38.84 | 23,281.76 |
| 12/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 35.14 | 23,246.62 |
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | | | | | |
| 01/25/13 | 1 | THE LEMONT NATIONAL BANK & TRUST CO | TURNOVER OF ACCOUNT BALANCE | 1129-000 | 1,701.78 | | 24,948.40 |
| 01/31/13 | | Green Bank | Bank Service Fee | 2600-000 | | 37.86 | 24,910.54 |
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | | | | | |
| 02/21/13 | 005002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000          $-21.99 | 2300-000 | | 21.99 | 24,888.55 |
| 02/28/13 | | Green Bank | Bank Service Fee | 2600-000 | | 36.30 | 24,852.25 |
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | | | | | |
| 03/29/13 | | Green Bank | Bank Service Fee | 2600-000 | | 40.10 | 24,812.15 |
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | | | | | |
| 04/30/13 | | Green Bank | Bank Service Fee | 2600-000 | | 38.74 | 24,773.41 |
| | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | | | | | |

Page Subtotals                    1,701.78          248.97

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 26)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:     10-23009 -CAD
Case Name:   ALLIANCE LOGISTICS, INC.

Taxpayer ID No: *******6575
For Period Ending: 04/27/15

Trustee Name:     BRENDA PORTER HELMS, SUCC TRUSTEE
Bank Name:       Green Bank
Account Number / CD #: *******0901 DDA

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 42.55 | 24,730.86 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 36.04 | 24,694.82 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 39.84 | 24,654.98 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 42.35 | 24,612.63 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 35.87 | 24,576.76 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 39.65 | 24,537.11 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 39.59 | 24,497.52 |
| 12/31/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 38.25 | 24,459.27 |

Page Subtotals     0.00     314.14

Ver: 18.04

FORM 2    Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-23009 -CAD | | Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Case Name: | ALLIANCE LOGISTICS, INC. | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******0901 DDA |
| Taxpayer ID No: | *******6575 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 42.01 | 24,417.26 |
| 02/28/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 35.58 | 24,381.68 |
| 03/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 36.80 | 24,344.88 |
| 04/02/14 | 005003 | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>2300-000        $-20.20 | 2300-000 | | 20.20 | 24,324.68 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 34.19 | 24,290.49 |
| 05/02/14 | | Transfer to Acct #*******3565 | Bank Funds Transfer | 9999-000 | | 24,290.49 | 0.00 |

| | | Page Subtotals | | | 0.00 | 24,459.27 | |

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   9

Exhibit 9

| Case No: | 10-23009  -CAD | Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Case Name: | ALLIANCE LOGISTICS, INC. | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******0901  DDA |
| Taxpayer ID No: | *******6575 | | |
| For Period Ending: | 04/27/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 25,371.27 | 25,371.27 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 23,669.49 | 24,290.49 | |
| | | | Subtotal | | 1,701.78 | 1,080.78 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,701.78 | 1,080.78 | |

Page Subtotals                0.00                0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-23009 -CAD | Trustee Name: BRENDA PORTER HELMS, SUCC TRUSTEE |
| Case Name: ALLIANCE LOGISTICS, INC. | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******3565 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******6575 | |
| For Period Ending: 04/27/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******0901 | Bank Funds Transfer | 9999-000 | 24,290.49 | | 24,290.49 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.10 | 24,254.39 |
| 03/06/15 | 010001 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> | Claim 7, Payment 100.00000% | 2950-000 | | 325.00 | 23,929.39 |
| 03/06/15 | 010002 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Trustee Compensation | 2100-000 | | 2,024.25 | 21,905.14 |
| 03/06/15 | 010003 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Attorney for Trustee Fees (Trustee | 3110-000 | | 18,694.08 | 3,211.06 |
| 03/06/15 | 010004 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Attorney for Trustee Expenses (Trus | 3120-000 | | 88.79 | 3,122.27 |
| 03/06/15 | 010005 | Scott Horewitch Pidgeon & Abrams, LLC 2150 E Lake Cook Road Suite 560 Buffalo Grove, IL 60089 | Accountant for Trustee Fees (Other | 3410-000 | | 3,122.27 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 24,290.49 | 24,290.49 | 0.00 |
| Less: Bank Transfers/CD's | 24,290.49 | 0.00 | |
| Subtotal | 0.00 | 24,290.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 24,290.49 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Money Market Account - *********9665 | | 0.00 | 0.00 | 0.00 |
| Checking Account - *********9666 | | 0.00 | 0.00 | 0.00 |
| Money Market Account - *********9667 | | 23,943.95 | 274.46 | 0.00 |
| Checking Account - *********9668 | | 0.00 | 0.00 | 0.00 |
| | Page Subtotals | 24,290.49 | 24,290.49 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 30)*

Ver: 18.04

FORM 2                                                                                    Page:   11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-23009  -CAD |
| Case Name: | ALLIANCE LOGISTICS, INC. |
| | |
| Taxpayer ID No: | *******6575 |
| For Period Ending: | 04/27/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, SUCC TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3565  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | DDA - *******0901 | | 1,701.78 | 1,080.78 | 0.00 |
| | | | Checking Account (Non-Interest Earn - *******3565 | | 0.00 | 24,290.49 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 25,645.73 | 25,645.73 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

Ver: 18.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 31)*